**Order entered November 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00479-CR

### ELLWOOD CHRISTOPHER WEBB, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-34453-I**

# ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/    ADA BROWN
        PRESIDING JUSTICE